UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:26-mj-00059-SJB

    v.                                  Hon. Sally J. Berens

BRANDEN JAY LOUNSBURY,

       Defendant.
_____/

## CLERK'S NOTICE OF CRIMINAL TRANSFER

TO:  Court Personnel, Ohio Northern District Court

RE:  Western District of Michigan Rule 5 Initial Appearance
       Ohio Northern Case Number: 3:26-cr-10

Please take notice of the above-mentioned transfer.  We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case.  The documents that make up the case file are available electronically through PACER.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Ohio Northern. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Rule 5 Initial Appearance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                                CLERK OF COURT

Dated:  February 12, 2026        By:    /s/ Jenny Norton
                                                               Deputy Clerk